UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORU GABRIEL TRIFU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02693-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 14 |

　　　The court has reviewed Magistrate Judge Lisa J. Cisneros's Report and Recommendation to dismiss the case with prejudice, as well Plaintiff Doru Gabriel Trifu's objections to the report. Judge Cisneros recommended granting Trifu's motion to proceed in forma pauperis and dismissing Trifu's complaint with prejudice for lack of jurisdiction over Trifu's still-pending immigration removal proceeding.

　　　On de novo review, the Court concludes that Judge Cisneros's Report and Recommendation is correct, thorough, and well-reasoned. *See* Fed. R. Civ. P. 72(b); Civil L.R. 72-3. In particular, the "actions" challenged by Trifu are not reviewable by this Court under the Administrative Procedures Act, and Trifu's removal proceedings remain pending with the San Francisco Immigration Court. *See Cabaccang v. U.S. Citizenship & Immigr. Servs.*, 627 F.3d 1313, 1315 (9th Cir. 2010) (noting that agency actions are not subject to judicial review until final); *see also* 5 U.S.C. § 704.

//

//

//

//

1  The Court therefore overrules Trifu's objections, **ADOPTS** the Report and
2  Recommendation in full, and **DISMISSES** Plaintiff's Complaint with prejudice.
3  **IT IS SO ORDERED.**
4  Dated: June 13, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**