UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORU GABRIEL TRIFU,<br><br>             Plaintiff,<br><br>     v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, et al.,<br><br>             Defendants. | Case No. 23-cv-02693-AMO<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Adopting Magistrate Judge's Report and Recommendation,

**IT IS ORDERED AND ADJUDGED**

that the action be dismissed with prejudice in accordance with the Court's Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 13, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**